## HUGHES TOOL CO. *v.* TRANS WORLD AIRLINES, INC., ET AL.

No. 501.   Argued March 4, 1965.—Decided March 8, 1965.

*Chester C. Davis* argued the cause for petitioner. With him on the briefs were *Paul A. Porter, Victor H. Kramer, Abe Krash, Dennis G. Lyons, Werner J. Kronstein* and *Daniel A. Rezneck.*

*Bruce Bromley* argued the cause for respondents. With him on the brief for the Equitable Life Assurance Society of the United States et al. were *William C. Chanler, William M. Bradner, Jr.,* and *Edward R. Neaher.* On the brief for Trans World Airlines, Inc., was *John F. Sonnett.*

*Acting Solicitor General Spritzer, Assistant Attorney General Orrick, Lionel Kestenbaum, O. D. Ozment* and *Robert L. Toomey* filed a memorandum for the Civil Aeronautics Board, as *amicus curiae.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.